UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 26, 2017 (Time: 29 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-14-00002-PJH
**Case Name:**   UNITED STATES   v. RUDOLPH SILVA (PRESENT)

**Attorney for Plaintiff:**     Micah Rubbo
**Attorney for Defendant:**   Davina Pujari

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Sarah Goekler

**Probation:** Brian Casai

## PROCEEDINGS

Sentencing Hearing Held. The defendant is sentenced to 3 years of probation as to count one with all the standard and special conditions as stated on the record. The defendant shall pay a special assessment of $100, a fine of $6,000, and restitution in the amount of $23,576.75 due within 60 days.

The mandatory drug testing provision is waived.

On motion of the government count two is dismissed.

cc:  chambers